DOMINICK SACRAMONA, Respondent, v. JOHN SCALIA et al., Doing Business as 521 EAST 72ND STREET Co., Appellants.—

Concur —
McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.